IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20776
Conference Calendar

_____

RONALD WAYNE WEDDLE,

                                        Plaintiff-Appellant,

versus

JAMES A. COLLINS ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-94-2782
- - - - - - - - - -
October 23, 1997

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Ronald Wayne Weddle, Texas prisoner #391146, appeals from the district court's dismissal of his civil rights complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  Weddle argues that prison officials were deliberately indifferent to his serious medical needs because of the delay in replacing his orthopedic shoes.  We have reviewed the record and the briefs of the parties, and we AFFIRM the district court's dismissal for essentially the same reasons set forth by the district court.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

See Weddle v. Collins et al., No. CA-H-94-2782 (S.D. Tex. Jul. 25, 1996).

AFFIRMED.